LEONARDO M. RAPADAS
United States Attorney
KURT E. GRUNAWALT
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL 16 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 08-00018 |
| Plaintiff, ) | **INFORMATION** |
| vs. ) | **THEFT OF PROPERTY** |
| JOHNNY AGUERO TENORIO, ) | [9 GCA § 43.30(a) and 18 U.S.C. §§ 7(3) and 13] |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES:

On or about May 7, 2008, in the District of Guam, the defendant, JOHNNY AGUERO TENORIO, at Andersen Air Force Base, on land acquired for the use of the United States, and under the exclusive jurisdiction thereof, did steal property from Staff Sergeant Carlos Layne, United States Air Force, of a value of less than $500 and more than $50, in violation of Title 9,

//
//
//
//
//
//
//

Guam Code Annotated, Section 43.30 (a), and Title 18, United States Code, Sections 7(3) and 13.

DATED this 16th day of July, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KURT E. GRUNAWALT
Special Assistant U.S. Attorney