# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City     Hagatna

Country/Parish    N/A

**Related Case Information:**

**08-00018**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_    Matter to be sealed: ___ Yes _X_ No

Defendant Name     Johnny Aguero Tenorio

Allisas Name _____

Address _____

    Yona, Guam

**RECEIVED JUL 16 2008**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

Birth date XX/XX/1971   SS# XXX-XX-2922   Sex M   Race Cham   Nationality US

**U.S. Attorney Information:**

SAUSA   Kurt Grunawalt

**Interpreter:** _X_ No ___ Yes     List language and/or dialect: N/A

**Location Status:**

Arrest Date   07 May 08

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__     ___ Petty _X_ Misdemeanor ___ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1. 18 U.S.C. §§ 7(3) 13 | THEFT OF PROPERTY | 1 |
| Set 2. | | |
| Set 3. | | |
| Set 4. | | |

(Continued on reverse)

Date: 16 JUL 08    Signature of SAUSA: _____
                                         Kurt E. Grunawalt