LEONARDO M. RAPADAS
United States Attorney
KURT E. GRUNAWALT
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL 16 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 08-00018 |
| Plaintiff, | |
| vs. | **UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS** |
| JOHNNY AGUERO TENORIO, | |
| Defendant. | |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, JOHNNY AGUERO TENORIO, based on an Information filed charging the defendant with one count of theft of government property in violation of 18 U.S.C. § 641.

Respectfully submitted this 16th day of July, 2008.

LEONARDO M. RAPADAS
United States Attorne
Districts of Guam and NMI

By: _____
KURT E. GRUNAWALT
Special Assistant U.S. Attorney