LEONARDO M. RAPADAS
United States Attorney
BENJAMIN A. BELILES
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 08-00018 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | **Re: July 16, 2008** |
| | ) | **Request for Summons** |
| JOHNNY AGUERO TENORIO, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the Clerk of Court issue a summons for the above-named defendant to appear before this Honorable Court on Friday, July 25 at 11:30 a.m.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Jul 23, 2008**