LEONARDO M. RAPADAS
United States Attorney
KURT E. GRUNAWALT
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM

JUL 24 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHNNY AGUERO TENORIO,<br><br>    Defendant. | MAGISTRATE CASE NO. 08-00018<br><br>**MOTION TO CONTINUE INITIAL APPEARANCE** |

COMES NOW the United States and moves this Honorable Court to continue the Initial Appearance in the above case, currently scheduled for July 25, 2008 at 11:30 a.m. to a date convenient to the court after August 1, 2008. The defendant is not in Custody.

The United States makes this request due to the scheduled memorial service on July 25, 2008 at Andersen AFB for the six Air Force members who lost their lives in a B52 crash on July 21, 2008.

RESPECTFULLY SUBMITTED this 24th day of July, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KURT E. GRUNAWALT
Special Assistant U.S. Attorney

ORIGINAL