LEONARDO M. RAPADAS
United States Attorney
KURT E. GRUNAWALT
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 08-00018 |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | **ORDER** |
| JOHNNY AGUERO TENORIO, ) | |
| Defendant. ) | |
| _____ ) | |

Based on the Motion by the United States to continue the Initial Appearance in the above case, and for good cause shown,

**IT IS HEREBY ORDERED** the Initial Appearance currently scheduled for July 25, 2008 at 11:30 a.m. be continued to August 18, 2008, at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jul 24, 2008