AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

| UNITED STATES OF AMERICA<br>V.<br><br>**JOHNNY AGUERO TENORIO**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    MJ-08-00018-001 |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Before:    **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Room<br>     302 |
|---|---|
| | Date and Time<br>**Friday, July 25, 2008 at 11:30 a.m.** |

To answer a(n)

☐ Indictment    **X** Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**Theft of Property, 9 GCA § 43.30(a) and 18 U.S.C. §§ 7(3) and 13**

*RECEIVED*
*JUL 2008*
*US MARSHALS SERVICE-GUAM*

**FILED**
DISTRICT COURT OF GUAM
JUL 28 2008
**JEANNE G. QUINATA**
**Clerk of Court**

ORIGINAL

| MARILYN B. ALCON; Deputy Clerk | *Marilyn B. Alcon* |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |

July 24, 2008
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]     Date   7/24/08

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☒ Returned unexecuted:   Case was taken off calendar

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   7/24/08
          Date

Name of United States Marshal: Jack Salex

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.