# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-08-00018      DATE: August 18, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio      Electronically Recorded: 10:03:57 - 10:11:09

**APPEARANCES:**
Defendant: Johnny Aguero Tenorio      Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Kurt Grunawalt      U.S. Agent:
U.S. Probation: Christopher Duenas
Interpreter:      Language:

**PROCEEDINGS: Continued Initial Appearance and Arraignment on an Information**
- Financial Affidavit reviewed and accepted: <u>Federal Public Defender</u> appointed to represent the defendant.
- Defendant waives reading of <u>Information</u>.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges.
- Plea entered: <u>Not guilty</u>
- Trial Scheduling Order executed.
- Bench Trial set for <u>October 20, 2008 at 9:30 a.m.</u>
- Defendant released.

NOTES: