# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**JOHNNY AGUERO TENORIO,**<br><br>Defendant. | MAGISTRATE CASE NO. 08-00018<br><br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **the FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to July 28, 2008.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Aug 18, 2008**