PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

| | | | |
|---|---|---|---|
| **TO**: | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM**: | John W. San Nicolas II, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

**[X] Original Notice**    **[ ] Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | **August 18, 2008** | Date: | |
| By: | **Joaquin V.E. Manibusan**<br>**U.S. Magistrate Judge** | By: | |

| | | | |
|---|---|---|---|
| Defendant: | **TENORIO, Johnny Aguero** | Case Number: | **Magistrate Case #08-00018-001** |
| Date of Birth: | **XX-XX-1971** | Place of Birth: | **Tamuning, Guam** |
| SSN: | **XXX-XX-2922** | | |

===============================================================================

**NOTICE OF COURT ORDER** (Order Date:   **August 18, 2008**   )

[X]  The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ]  The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. Probation Office, District of Guam.**

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ]  Defendant not convicted.

[ ]  Defendant convicted.

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
   ☐ Not Convicted - PS40/Passport returned to defendant.
   ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
   ☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)

Case 1:08-mj-00018    Document 13    Filed 08/26/2008    Page 1 of 1